UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HELLS ANGELS MOTORCYCLE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>WILDFOX COUTURE, LLC, AMAZON.COM, INC., NASTY GAL, INC., GOSI ENTERPRISES, LTD., JCL STYLE, INC., and DOES 1 through 20,,<br><br>Defendants. | CASE NO. CV11 4141 EJD<br><br>[~~PROPOSED~~] ORDER RE STIPULATION RE DISMISSSAL OF ACTION WITH PREJUDICE |

Pursuant to the parties' Stipulation Re Dismissal of Action with Prejudice that Amazon.com, Inc. shall be dismissed from this action with prejudice, with each party to bear its own costs.

IT IS HEREBY ORDERED.

Dated: November 17, 2011        By: _____
Edward J. Davila
United States District Judge

RC1/6193241.1/PF1

[PROPOSED] ORDER RE STIPULATION RE DISMISSSAL OF ACTION WITH PREJUDICE