| | |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | **NORTHERN DISTRICT OF CALIFORNIA** |
| | **SAN JOSE DIVISION** |

| | |
|---|---|
| **HELLS ANGELS MOTORCYCLE CORPORATION**, | Case No. CV11-4141 EJD (PSG) |
| Plaintiff, | |
| v. | [PROPOSED] ORDER RE STIPULATION RE DISMISSAL OF ACTION WITH PREJUDICE |
| **WILDFOX COUTURE, LLC, et al.**, | |
| Defendants, | |
| **WILDFOX COUTURE, LLC**, | |
| Counterclaimant, | |
| v. | |
| **HELLS ANGELS MOTORCYCLE CORPORATION,** | |
| Counter-defendant. | |

1       Pursuant to the parties' Stipulation Re Dismissal of Action with Prejudice, the entire
2 action shall be dismissed with prejudice, with each party to bear its own costs.

4     IT IS HEREBY ORDERED.
    The Clerk shall close this file.

6 Dated:    February 3, 2012

                                  Edward J. Davila
7                                   United States District Court